| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIRECT HOME MORTGAGE, LLC,<br><br>　　　　　Defendant. | CASE No: 3:22-cv-01937-DMS-WVG<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

1

Notice of Voluntary Dismissal

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Kauffman ("Plaintiff") voluntarily dismisses this action against Defendant Direct Home Mortgage, LLC ("Defendant") without prejudice.

Respectfully submitted,

Date: February 13, 2023              LAW OFFICE OF DANIEL G. SHAY

                                  By:   s/ Daniel G. Shay
                                         Daniel G. Shay, Esq.
                                         DanielShay@TCPAFDCPA.com
                                         Attorney for Plaintiff